IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Williams, Anthony
        Williams, Tabitha S
        Printed:  8/12/08

Case Number:  07 B 10442
Judge:  Hollis, Pamela S
Filed:  6/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  June 30, 2008
Confirmed:  October 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,509.00 |  |
| Secured: |  | 1,516.44 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,803.08 |
| Trustee Fee: |  | 189.48 |
| Other Funds: |  | 0.00 |
| Totals: | 3,509.00 | 3,509.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Veronica D Joyner | Administrative | 2,400.00 | 1,803.08 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 4. | First Franklin Financial | Secured | 0.00 | 0.00 |
| 5. | First Franklin Financial | Secured | 0.00 | 0.00 |
| 6. | First Franklin Financial | Secured | 0.00 | 0.00 |
| 7. | First Franklin Financial | Secured | 0.00 | 0.00 |
| 8. | HomEq Servicing Corp | Secured | 5,686.10 | 362.26 |
| 9. | Barclays Capital Real Estate | Secured | 18,117.00 | 1,154.18 |
| 10. | RoundUp Funding LLC | Unsecured | 247.42 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 2,821.43 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 673.59 | 0.00 |
| 13. | Illinois Dept Of Human Services | Unsecured | 1,475.00 | 0.00 |
| 14. | Capital One | Unsecured | 1,009.09 | 0.00 |
| 15. | Capital One | Unsecured | 672.43 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 495.39 | 0.00 |
| 17. | Educational Credit Management Corp | Unsecured | 15,412.68 | 0.00 |
| 18. | Wells Fargo Financial Illinois Inc | Unsecured | 15,922.24 | 0.00 |
| 19. | Asset Acceptance | Unsecured | 1,613.59 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 382.20 | 0.00 |
| 21. | World Financial Network Nat'l | Unsecured | 606.22 | 0.00 |
| 22. | Illinois College of Optometry | Unsecured |  | No Claim Filed |
| 23. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 24. | Pronger Smith Clinic | Unsecured |  | No Claim Filed |
| 25. | City Colleges of Chicago | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Williams, Anthony  
  Williams, Tabitha S  
  Printed:  8/12/08

Case Number:  07 B 10442  
Judge:  Hollis, Pamela S  
Filed:  6/11/07

| | | | |
|---|---|---|---|
| 26. T Mobile USA | Unsecured | | No Claim Filed |
| 27. West Bend Mutual Insurance Co. | Unsecured | | No Claim Filed |
| 28. Sprint | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 67,534.38 | $ 3,319.52 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 189.48 |
| | _____ |
| | $ 189.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

